**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**LAVONNE ARTHUR ROSTON**                                              **PLAINTIFF**

**v.**                                    **Case No. 4:24-cv-00336-LPR**

**CITY OF MCGEHEE**                                                      **DEFENDANT**

## JUDGMENT

It is CONSIDERED, ORDERED, AND ADJUDGED that (1) Judgment is entered in favor of Defendant City of McGehee with respect to Plaintiff's pay-related discrimination claims under Title VII and the Arkansas Civil Rights Act, and (2) all other claims in the case are dismissed without prejudice.

IT IS SO ADJUDGED this 31st day of March 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE